# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                      Date:   January 31, 2000

| | |
|---|---|
| EMILIO DIAZ COLON | * |
| Plaintiff | * |
| vs. | *   Civil 97-2539 (PG) |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

By Order of the Court a conference in the above captioned case, is hereby set for **Thursday, February 10, 2000,** at 10:30 A.M. This proceeding will be held before Honorable Robert J. Ward, Senior Judge from the US District Court in New York.

                                                Lida Isis Egelé
                                                Courtroom Deputy

s/c:   Roberto Marquez Sánchez
        AUSA Lisa Bhatia

