IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| MINUTES OF PROCEEDINGS | DATE: FEBRUARY 10, 2000 |
|---|---|
| HONORABLE ROBERT J. WARD | CIVIL NO. 97-2539(PG) |

| | | |
|---|---|---|
| **EMILIO DIAZ-COLON,** | * | Attorneys: |
| Plaintiff | * | Plaintiff: Roberto Marquez |
| vs. | * | |
| | | Defendant: AUSA Lisa Bhatia |
| **UNITED STATES OF AMERICA,** | * | |
| Defendant | * | |

Counsel meet with Court in Chambers. Settlement of this action is discussed extensively. Attorneys will confer with their clients and report back to the Court on **Thursday, February 16, 2000** as to outcome of settlement negotiations.

_____
Operations Manager