# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   July 13, 2000

| | |
|---|---|
| EMILIO DIAZ COLON | |
| Plaintiff | |
| vs. | Civil 97-2539 (PG) |
| UNITED STATES OF AMERICA | |
| Defendant | |

By Order of the Court a non-jury trial in the above captioned case, is hereby set for **Tuesday, September 5, 2000,** at 9:00 A.M.   This proceeding will be held before Honorable Juan M. Pérez-Giménez, US District Court Judge.

Lida Isis Egelé<br>
Courtroom Deputy

s/c:   Roberto Marquez Sánchez
       AUSA Lisa Bhatia

