# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                    Date:   August 21, 2000

EMILIO DIAZ COLON                   *
                                    *
        Plaintiff                   *
                                    *
    vs.                             *          Civil 97-2539 (PG)
                                    *
UNITED STATES OF AMERICA            *
                                    *
        Defendant                   *
                                    *
-------------------------------------------------*

By Order of the Court a non-jury trial in the above captioned case, set for Tuesday,

September 5, 2000, is **vacated at this time.**  A new trial date will be given at a later date.


                                    _____
                                    Lida Isis Egelé
                                    Courtroom Deputy


s/c:   Roberto Marquez Sánchez    (Notified by phone: Aida)
       AUSA Camille Vélez              "        "      "    Personally



35