UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CIVIL 97-2539 (JAG)**

===================================================================

EMILIO DIAZ COLON                    Attorneys:
                                     For Plaintiffs:

    VS
                                     For Defendant:
UNITED STATES OF
AMERICA


===================================================================

By Order of the Court a pretrial conference in the above-mentioned case is hereby set **FRIDAY, OCTOBER 20, 2000 AT 4:30 PM**

Parties to be notified.

                                     _____
                                     By: LILY ALICEA
                                         COURTROOM DEPUTY