UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: OCTOBER 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-2539 (JAG)**
==================================================================

EMILIO DIAZ COLON                        Attorneys:
                                           For Plaintiffs:
           VS                              ROBERTO MARQUEZ SANCHEZ
UNITED STATES OF AMERICA                   For Defendant:
                                           CAMILLE VELEZ

==================================================================

Case called for pretrial conference. Parties inform the Court that there is no possibility of settling the case. They request a trial date.

Court sets **non jury trial for January 22, 2001 at 9:30 AM.** Parties to be notified.

                                         _____
                                         LILY ALICEA
                                         COURTROOM DEPUTY