UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                          DATE: DECEMBER **20,** 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-2539**

==================================================================

EMILIO DIAZ COLON                         Attorneys:
                                          For Plaintiffs:

           VS
                                          For Defendant:
UNITED STATES OF AMERICA

==================================================================

   By Order of the Court the non jury trial in the above-mentioned case set for Monday, January 22, 2001 is hereby rescheduled for Monday, January 29, 2001 at 9:30 AM.

   **Parties to be notified.**

                                          _____
                                          LILY ALICEA
                                          COURTROOM DEPUTY