UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE:DECEMBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   CIVIL 97-2539 (JAG)

===================================================================

EMILIO DIAZ COLON    Attorneys:
  For Plaintiffs:

   VS

   For Defendant:
UNITED STATES OF
AMERICA


===================================================================

By Order of the Court the non jury trial in the above-mentioned case is hereby rescheduled for **Tuesday, February 6, 20001 at 9:30 AM**

Parties to be notified.

_____
By: LILY ALICEA
    COURTROOM DEPUTY