UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIO DIAZ COLON

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2539 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/13/00<br>**Title:** Motion for Continuance of Trial<br>**Docket(s):** 40<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | GRANTED. Trial is hereby re-scheduled for February 6, 2001 and February 7, 2001 at 9:30 a.m. |

Date: January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge