UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIO DIAZ COLON

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2539 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/19/01<br>**Title:** Motion for Extension of Time to File Trial Brief<br>**Docket(s):** 45<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** The Court expects the trial brief to be submitted on or before April 12, 2001. |

Date: April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

