<h1 style="text-align:center">UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO</h1>

EMILIO DIAZ COLON

    **Plaintiff(s)**

    v.　　　　　　　　　　　　　　**CIVIL NUMBER:** 97-2539 (JAG)

UNITED STATES OF AMERICA

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/12/01<br>**Title:** Joint Motion for Extension of Time<br>**Docket(s):** 47<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


