IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIO DIAZ COLON

    Plaintiff(s)

    v.                        CIVIL NO. 97-2539 (JAG)

UNITED STATES OF AMERICA

    Defendant(s)

**JUDGMENT**

Based on the Opinion and Order entered on this date, this action is dismissed.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November 2001.

_____
JAY A. GARCIA GREGORY
U.S. District Judge