IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

02 JAN 28 PM 3 39

CLERK'S OFFICE
U.S. DISTRICT COURT

| | |
|---|---|
| EMILIO DIAZ-COLON | |
| Plaintiff | CIVIL NO. 97-2539 (JAG) |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that plaintiff, Emilio Díaz-Colón, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on the 30th day of November, 2001.

I CERTIFY that on this date a copy of this notice of appeal was sent by mail to Lisa Bhatia Gautier, Esq., Assistant U.S. District Atty., Room 452, Federal Building, 150 Chardón Ave., Hato Rey, P.R. 00918.

In San Juan, Puerto Rico, this 28th day of January, 2002.

LAW OFFICES BENJAMIN ACOSTA, JR.
P.O. Box 9023518
San Juan, P.R. 00902-3518
Tel. 722-2363

BY: _____
ROBERTO MARQUEZ SANCHEZ
U.S.D.C.-P.R. # 209612

s/c: appeals Clerk