# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EMILIO DIAZ COLON

**Plaintiff(s)**

**v.**

UNITED STATES OF AMERICA

**Defendant(s)**

**CIVIL NO.**   97-2539 (JAG)

---

| MOTION | ORDER |
|--------|-------|

**Date Filed:**   05/20/02

**Title:** Motion   Withdrawing   USA   **GRANTED**.
Taxation of Costs

**Docket(s):** 54-A

[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other**

---

**Date:**   June 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



